IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                          No. CV 18-542 CG/KK

$2,300 IN U.S. CURRENCY,

       Defendant-in-rem, and

RODOLFO RODRIGUEZ, JR,

       Claimant.

## CERTIFICATE OF REASONABLE CAUSE

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion for Entry of 28 U.S.C. 2465 Certificate of Reasonable Cause* (the "Motion"), (Doc. 14), filed January 12, 2021. The Court, having read the settlement and noting that the Motion is unopposed, finds that reasonable cause existed for the seizure in this case.

**IT IS THEREFORE ORDERED** that Plaintiff's *Unopposed Motion for Entry of 28 U.S.C. 2465 Certificate of Reasonable Cause*, (Doc. 14), be **GRANTED** and this Certificate of Reasonable Cause be entered.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE