**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                           No. CV 18-542 CG/KK

$2,300 IN U.S. CURRENCY,

      Defendant-in-rem, and

RODOLFO RODRIGUEZ, JR,

      Claimant.

**FINAL JUDGMENT AND ORDER OF FORFEITURE**

**THIS MATTER** is before the Court on the *Settlement Agreement and Release*, (Doc. 13), between the United States and Claimant Rodolfo Rodriguez, Jr. The Court has reviewed the agreement and is fully advised in the premises.

**IT IS HEREBY ORDERED** as follows:

1.      The United States will return $1,150 of Defendant $2,300 in U.S. Currency, less any debt owed to the United States, any agency of the United States, or any other debt which the United States is authorized to collect from Claimant Rodolfo Rodriguez Jr.

2.      All right, title, and interest in the remaining $1,150 in U.S. Currency is forfeited to the United States and title thereto is vested in the United States.

3.      The parties will bear their own costs and attorney's fees in this case.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE